**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    THERESE BOTTIGLIERI,

10            Plaintiff,                          No. C 06-03248 JSW

11    v.

12    PFIZER INC., et al.,                        **ORDER RE DISCOVERY**
                                                  **DISPUTE**
13            Defendants.
      _____/

14

15          This matter comes before the Court upon the joint letter brief submitted by the parties

16    dated April 6, 2007, regarding a discovery dispute.  Defendants Boehringer Ingelheim

17    Pharmaceuticals, Inc. ("BIPI") and Pfizer Inc. (collectively, "Defendants") have jointly moved

18    before the Judicial Panel for Multidistrict Litigation for transfer for consolidation and

19    coordination to a single transferee district.  In response to the pending discovery dispute,

20    plaintiff Therese Bottiglier ("Bottiglier") requests to postpone discovery deadlines to allow her

21    to bring a motion to transfer this action to Minnesota, where there are other similar actions

22    pending.  Thus, both parties seek to have this matter transferred.  In the interests of judicial

23    economy and to avoid inconsistent orders, the pending discovery dispute should be addressed

24    by the court that ultimately hears the substance of this action.  Accordingly, the Court denies the

25    requested relief regarding discovery without prejudice to Defendants raising their concerns with

26    the court that ultimately hears this matter.

27          With respect to Bottiglier's request to postpone discovery deadlines in order to file a

28    motion to transfer, Bottiglier has not properly raised either issue before the Court.  If Bottiglier

seeks to have this Court postpone deadlines, she should file an administrative motion or

stipulation on this issue.  If she seeks to have this Court hear a motion to transfer, she should

file a noticed motion.

**IT IS SO ORDERED.**

Dated:   April 12, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California