Steven M. Kohn (SBN 61758)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone: 510.763.2000
Facsimile: 510.273.8832
Email: skohn@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Barry J. Thompson (SBN 150349)
Mildred Segura (SBN 210850)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com;
bjthompson@reedsmith.com;
msegura@reedsmith.com

Attorneys for Defendant
Pfizer Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE BOTTIGLIERI,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., et al.,<br><br>Defendants. | No.: 3:06-cv-03248-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR CLOSE OF NON-EXPERT DISCOVERY AND EXPERT DISCLOSURE**<br><br>Honorable Jeffrey S. White |

Plaintiff Therese Bottiglieri and defendants Pfizer Inc. ("Pfizer") and Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), by and through their undersigned counsel, hereby stipulate to continue the deadlines for the close of non-expert discovery and expert disclosure. The parties submit the following request, based upon good cause as shown in the accompanying declaration of Dana A. Blanton.

1.  The parties request that the Court enter an order granting their joint request for an extension of the deadlines for (1) the close of non-expert discovery and (2) expert disclosure in this

3:06-cv-03248-JSW       – 1 –

1  matter for the purpose of scheduling depositions and collection of plaintiff's medical and financial
2  records by way of subpoena.

3

4  2.  The parties stipulate that the deadline for the close of non-expert discovery is
5  extended for 30 days, until July 25, 2007.

6

7  3.  The parties stipulate that the deadline for expert disclosure is extended for 30 days,
8  until August 10, 2007.

9

10 4.  No previous schedule modifications have been requested or made in this case.

11

12 5.  None of the other deadlines set by the Court in its September 25, 2006 Order
13 Scheduling Trial and Pretrial Matters are disturbed by this change.

14 DATED: June __, 2007.

15

16                                          HINTON, COCHRAN, BORBA LLP

17

18                                          By_____
                                            Charles Cochran
19 DATED: June __, 2007.                    Attorneys for Plaintiff Therese Bottiglieri

20                                          REED SMITH LLP

21

22                                          By_____
                                            Dana A. Blanton
23 DATED: June __, 2007.                    Attorneys for Defendant Pfizer Inc.

24
                                            LUCE, FORWARD, HAMILTON & SCRIPPS LLP
25

26                                          By_____
                                            Edward Patrick Swan, Jr.
27                                          Attorneys for Defendant Boehringer Ingelheim
                                            Pharmaceuticals, Inc.
28

3:06-cv-03248-JSW                           - 2 -
Stipulation and Order Continuing Deadlines for Close of Non-Expert Discovery and Expert Disclosure

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

matter for the purpose of scheduling depositions and collection of plaintiff's medical and financial records by way of subpoena.

2. The parties stipulate that the deadline for the close of non-expert discovery is extended for 30 days, until July 25, 2007.

3. The parties stipulate that the deadline for expert disclosure is extended for 30 days, until August 10, 2007.

4. No previous schedule modifications have been requested or made in this case.

5. None of the other deadlines set by the Court in its September 25, 2006 Order Scheduling Trial and Pretrial Matters are disturbed by this change.

DATED: June __, 2007.

        HINTON, COCHRAN, BORBA LLP

        By_____
        Charles Cochran
        Attorneys for Plaintiff Therese Bottiglieri

DATED: June 7, 2007.

        REED SMITH LLP

        By_____
        Dana A. Blanton
        Attorneys for Defendant Pfizer Inc.

DATED: June 6, 2007.

        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

        By_____ E.P.Swan
        Edward Patrick Swan, Jr.
        Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.

# ORDER CONTINUING THE DEADLINES FOR CLOSE OF NON-EXPERT DISCOVERY AND EXPERT DISCLOSURE

Pursuant to stipulation of counsel, the deadline for close of non-expert discovery is changed to July 25, 2007 and the deadline for expert disclosure is changed to August 10, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: <u>June 11</u>, 2007

_____
Honorable Jeffrey S. White
United States District Judge

DOCSOAK-9875006.1

3:06-cv-03248-JSW — 3 —

Stipulation and Order Continuing Deadlines for Close of Non-Expert Discovery and Expert Disclosure